CAMMARATA, NULTY & GARRIGAN, LLC
549 Summit Avenue
Jersey City, NJ 07306
(201) 656-2222
Attorneys for Defendant, Domenico Lillo

| Plaintiff(s), | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
| vs. | : | DISTRICT OF NEW JERSEY |
| Defendant(s) | : | Criminal No. 15-cr-489 (KM) |
| DOMENICO LILLO a/k/a "Dominic Lillo" | : | **CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF BAIL RELEASING LIEN ON PROPERTY** |

**THIS MATTER** having come before the Court on application of defendant, Domenico Lillo, through his attorneys, Cammarata, Nulty & Garrigan, LLC, Thomas J. Cammarata, Esq., for an Order releasing a $10,000 lien associated with an unsecured appearance bond from his property located at 19B W. 49th Street, Bayonne, New Jersey (a/k/a 21 W. 49th Street), to be placed on his other property located at 18 W. 49th Street, Bayonne, New Jersey; and the United States by Jacques S. Pierre, Esq., Assistant United States Attorney, consenting hereto; and U.S. Pretrial Services Office by William Sobchik, U.S. Pretrial Officer, having no objection to the entry of the Order; and for good cause shown;

IT IS ON THIS ___16th___ DAY OF DECEMBER, 2016;

ORDERED as follows:

1

1. The $10,000.00 lien on the property located at 19B W. 49th Street, Bayonne, New Jersey (a/k/a 21 W. 49th Street) be lifted and placed on the property located at 18 W. 49th Street, Bayonne, New Jersey;

2. All other conditions of Domenico Lillo's bail shall remain in place.

_____
KEVIN McNULTY, U.S.D.J.

We hereby consent to the form and
entry of the foregoing Order

**UNITED STATES ATTORNEY'S OFFICE**

BY: _____
    JACQUES S. PIERRE, ESQ.
    Assistant U.S. Attorney

2