

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*   973-645-2700
*Newark, New Jersey 07102*

June 4, 2019

United States District Court
Clerk's Office
Attn:  Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ  07102

    Re:  United States v. Domenico Lillo
        <u>Crim No. 15-489/15mj03021</u>

Dear Mr. Dixon:

    This matter had been completed with respect to defendant Domenico Lillo a/k/a Dominic Lillo.  Please cancel your Personal Recognizance Bond for $25,000 which was filed on January 30, 2015 under docket entry no. 7.

    Any judgments or liens associated with this recognizance bond may be cancelled of record.  Thank you for your assistance.

                                Respectfully submitted,

                                CRAIG CARPENITO
                                United States Attorney

                                s/Jacques S. Pierre

                        By:  JACQUES S. PIERRE
                                Assistant U.S. Attorney